IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENISE L. WOODARD,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY NATIONAL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 5:12-CV-513 (MTT)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Dismiss. (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, the Defendant has filed neither an answer nor a motion for summary judgment. Accordingly, the Plaintiff's Motion is **GRANTED**, and her claims are **DISMISSED without prejudice**.

**SO ORDERED,** this 24th day of January, 2013.

                                                S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT